**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARY CONNER, Individually and as the
representative of a class of similarly situated persons,

                                Plaintiff,

                  - against -

SAN DIEGO HAT COMPANY,

                                Defendants.
------------------------------------------------------------X

Case No.   1:20-cv-1377-RJD-VMS

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Mary Conner, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against San Diego Hat Company. No Answer has been filed in this case.

Dated:  Scarsdale, New York
        July 22, 2020

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                                  By:  */s/Dan Shaked*
                                     Dan Shaked (DS-3331)
                                     14 Harwood Court, Suite 415
                                     Scarsdale, NY 10583
                                     Tel. (917) 373-9128
                                     Fax (718) 704-7555
                                     e-mail: ShakedLawGroup@Gmail.com

The Clerk of the Court is
directed to close
this case.
So Ordered.
7/27/2020
/s/ Raymond J. Dearie